PROB 12C
(6/16)

Report Date: April 28, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 29, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Brandon Christopher Rogers | Case Number: 0980 4:18CR06040-SMJ-1 |
| Address of Offender: | Kennewick, Washington 99336 |

Name of Sentencing Judicial Officer:  The Honorable Michael W. Mosman, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: December 17, 2012

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 66 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Richard Busron | Date Supervision Commenced: | October 5, 2017 |
| Defense Attorney: | Craig D. Webster | Date Supervision Expires: | October 4, 2020 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/25/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition # 2**: The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance. Revocation of probation or supervised release is mandatory for illegal possession of a controlled substance |
| | **Supporting Evidence**: Mr. Rogers is considered to be in violation of his conditions of supervised release by committing the act of robbery in the second degree and theft of a motor vehicle in Kennewick, Washington, on or about April 22, 2020. |
| | Mr. Rogers' conditions of supervised release were reviewed with him on October 11, 2017, and again on May 29, 2018. He signed a copy of his conditions on both dates, acknowledging an understanding of his conditions of supervised release, including standard condition number 2, as noted above. A copy of his signed conditions form was provided to him. |
| | The Kennewick Police Department received a report that a victim was assaulted and had his car that he was driving stolen from the Fred Meyer's parking lot in Kennewick on or about April 22, 2020. |

Prob12C
**Re: Rogers, Brandon Christopher**
**April 28, 2020**
**Page 2**

        Upon investigation, Kennewick Police learned that Mr. Rogers drove his car to the Fred Meyer's parking lot in Kennewick, Washington, with a friend on April 22, 2020, to meet a person. Mr. Rogers' friend advised him that he would be getting into a fight and approached the victim in his car. Mr. Rogers' friend got into an altercation with the victim. Mr. Rogers reported to Kennewick Police that he jumped into the victim's car to move it out of the way of his car so he could leave. Mr. Rogers stated he ended up driving it across the street where he parked it on the side of the road, got out, and got back into his car and went home. Kennewick Police arrested Mr. Rogers on April 25, 2020, and forwarded charges to the Benton County Prosecutor's Office for robbery in the second degree and theft of a motor vehicle.

        The status of this case is still pending. A preliminary appearance was held on April 27, 2020. At this time no future court date has been set.

5        **Standard Condition # 2**: The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance. Revocation of probation or supervised release is mandatory for illegal possession of a controlled substance

        **Supporting Evidence**: Mr. Rogers is considered to be in violation of his conditions of supervised release by committing the act of driving with a suspended license third degree on March 9, 2020, case number XZ03306871; on March 14, 2020, case number XZ0264208; and on April 13, 2020, case number XZ0253358.

        Mr. Rogers' conditions of supervised release were reviewed with him on October 11, 2017, and again on May 29, 2018. He signed a copy of his conditions on both dates, acknowledging an understanding of his conditions of supervised release, including standard condition number 2, as noted above. A copy of his signed conditions form was provided to him.

        Mr. Rogers was cited and released on each incident and is still pending court matters for these charges in Benton County District Court.

The U.S. Probation Office respectfully recommends the Court issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/28/2020

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

Prob12C
**Re: Rogers, Brandon Christopher**
**April 28, 2020**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

04/29/2020
_____
Date