PROB 12C
(6/16)

Report Date: June 4, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 04, 2020

SEAN F. McAVOY, CLERK

## Revised Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Brandon Christopher Rogers | Case Number: 0980 4:18CR06040-SMJ-1 |
| Address of Offender: | Kennewick, Washington 99336 |

Name of Sentencing Judicial Officer:  The Honorable Michael W. Mosman, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: December 17, 2012

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) |
| Original Sentence: | Prison - 66 months; TSR - 36 months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Richard Busron |
| Date Supervision Commenced: | October 5, 2017 |
| Defense Attorney: | Craig D. Webster |
| Date Supervision Expires: | October 4, 2020 |

## PETITIONING THE COURT

**Please Note:** The original petition was filed with the Court on April 29, 2020. The purpose of this petition is to reflect updated information in regard to violation number 4.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition #2**: The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance. Revocation of probation or supervised release is mandatory for illegal possession of a controlled substance |
| | **Supporting Evidence**: Mr. Rogers is considered to be in violation of his conditions of supervised release by committing third degree theft in Benton County, Washington, on or about April 10, 2020, and theft of a motor vehicle in Kennewick, Washington, on or about April 22, 2020, Benton County Superior Court cause number 20-1-00494-03. |
| | Mr. Rogers' conditions of supervised release were reviewed with him on October 11, 2017, and again on May 29, 2018. He signed a copy of his conditions on both dates acknowledging an understanding of his conditions of supervised release, including standard condition number 2, as noted above. A copy of his signed conditions form was provided to him. |

Prob12C
**Re: Rogers, Brandon Christopher**
**June 4, 2020**
Page 2

> The Kennewick Police Department received a report that a victim was assaulted and had his car that he was driving stolen from the Fred Meyer's parking lot in Kennewick on or about April 22, 2020.
>
> Upon investigation, Kennewick police learned that Mr. Rogers drove his car to the Fred Meyer parking lot in Kennewick, Washington, with a friend on April 22, 2020, to meet a person. Mr. Rogers' friend advised him that he would be getting into a fight and approached the victim in his car. Mr. Rogers' friend got into an altercation with the victim. Mr. Rogers reported to Kennewick police that he jumped into the victim's car to move it out of the way of his car so he could leave. Mr. Rogers stated he ended up driving it across the street where he parked it on the side of the road, got out, got back into his car and went home. Kennewick police arrested Mr. Rogers on April 25, 2020, and forwarded charges to the Benton County Prosecutor's Office for second degree robbery and theft of a motor vehicle.
>
> Due to a plea agreement, the second degree robbery charge was dropped. An additional charge of third degree theft, which occurred on or about April 10, 2020, was added as information was received that Mr. Rogers had stolen items from Wal Mart. In the amended information submitted to Benton County Superior Court on May 20, 2020, it was reported Mr. Rogers stole clothing and other merchandise from Wal Mart of a value not exceeding $750.
>
> On May 21, 2020, Mr. Rogers appeared in Benton County Superior Court and pled guilty to the above charges under case number 20-1-00494-03. He was sentenced to 30 days confinement with credit for time served.

5     **Standard Condition #2**: The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance. Revocation of probation or supervised release is mandatory for illegal possession of a controlled substance

> **Supporting Evidence**: Mr. Rogers is considered to be in violation of his conditions of supervised release by committing the act of third degree driving with a suspended license on March 9, 2020, case number XZ03306871; on March 14, 2020, case number XZ0264208; and on April 13, 2020, case number XZ0253358.
>
> Mr. Rogers conditions of supervised release were reviewed with him on October 11, 2017, and again on May 29, 2018. He signed a copy of his conditions on both dates acknowledging an understanding of his conditions of supervised release, including standard condition number 2, as noted above. A copy of his signed conditions form was provided to him.
>
> Mr. Rogers was cited and released on each incident and is still pending court matters for these charges in Benton County District Court.

The U.S. Probation Office respectfully recommends the Court accept the revised petition.

Prob12C
**Re: Rogers, Brandon Christopher**
**June 4, 2020**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/04/2020

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

06/04/2020
Date