# UNITED STATES DISTRICT COURT
## for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 08, 2020

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Rogers, Brandon Christopher | Docket No. | 0980 4:18CR06040-001 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Daniel M. Manning, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Brandon Christopher Rogers, who was placed under pretrial release supervision by the Honorable John T. Rodgers, sitting in the court at Spokane, on the 2nd day of July 2020, under the following conditions:

**Condition #1:** Immediately upon release, proceed to the Oxford House and complete arrangements to reside there, including making the required payment.

**Condition #2:** Within 24 hours of release, communicate with U.S. Probation Officer Manning and provide the time and place of the "intake interview" requisite to entering intensive outpatient substance abuse treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Mr. Rogers is considered to be in violation of condition number 1 as noted above by being terminated from the Oxford House on July 5, 2020. Mr. Rogers was released from custody on July 2, 2020. Jason Bliss with Oxford House of Tri-Cities, Washington, advised the undersigned officer on July 7, 2020, that Mr. Rogers contacted him on the night of July 2, 2020, advising of his release from custody. Mr. Bliss reported Mr. Rogers requested to stay the night with his parents as it was late. Mr. Rogers was told if the Court had approved it, then they would follow suit.

Mr. Rogers reported to the Oxford House the following day, July 3, 2020. On July 5, 2020, Mr. Rogers reported to the Oxford House that his pregnant girlfriend, Adrienne Brown, was "strung out" on heroin and he needed to go help her. Upon his return to the Oxford House on July 5, 2020, Mr. Rogers was required to submit a urinalysis sample, which tested positive for alcohol. Based on the positive test, Mr. Rogers was removed from the Oxford House.

**Violation #2:** Mr. Rogers is considered to be in violation of condition number 2 as noted above by failing to communicate with the undersigned as directed. Upon his release on July 2, 2020, Mr. Rogers failed to communicate to the undersigned officer within 24 hours the time and place of his intake interview with Merit Resource Services in Kennewick, Washington. As of the date of this report, no contact has been received by the undersigned officer from Mr. Rogers and his whereabouts are unknown.

PRAYING THAT THE COURT WILL ORDER A WARRANT

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: July 8, 2020 |
| by | s/Daniel M. Manning |
| | Daniel M. Manning<br>U.S. Pretrial Services Officer |

PS-8

Re: Rogers, Brandon Christopher
July 8, 2020
Page 2

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

  July 8, 2020
Date