PROB 12C
(6/16)

Report Date:  April 27, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 28, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brandon Christopher Rogers          Case Number: 0980 4:18CR06040-SMJ-1

Address of Offender:                          Richland, Washington 99352

Name of Sentencing Judicial Officer: The Honorable Michael W. Mosman, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: December 17, 2012

Original Offense:        Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

| | | |
|---|---|---|
| Original Sentence: | Prison - 66 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>10/15/2020 | Prison - 6 months<br>TSR - 30 months | |
| Asst. U.S. Attorney: | Richard Burson | Date Supervision Commenced: January 19, 2021 |
| Defense Attorney: | Craig Webster | Date Supervision Expires: July 18, 2023 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #5**:You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Rogers is considered to be in violation of his conditions of supervised release by using a device to try and defeat a drug test at Merit Resource Services on April 8, 2021.<br><br>Mr. Rogers' conditions of supervised release were reviewed with him on January 21, 2021. He verbally acknowledged an understanding of his conditions, to include special condition number 5, as noted above. Mr. Rogers also verbally acknowledged  the substance abuse testing instructions form for the Eastern District of Washington. Specifically, item number 16 which states, "You shall not use any product or device of any kind that is used to defeat or falsify a urinalysis test." These documents were reviewed telephonically due to the |

Prob12C
**Re: Rogers, Brandon Christopher**
**April 27, 2021**
**Page 2**

COVID-19 pandemic. Mr. Rogers was referred to Merit Resource Services (Merit) on January 21, 2021, and placed on the random drug testing hotline. He was directed to call the hotline daily and to report to Merit's office when the color gold is called to provide a urine sample for testing.

On the evening of April 8, 2021, Merit contacted the undersigned and left a voice mail message advising Mr. Rogers reported to their office as the color gold was called. Merit advised Mr. Rogers was found to have a device on him to defeat a urine test. Due to having a device on him to defeat the urine test, Merit staff told Mr. Rogers to leave their facility.

Mr. Rogers left the undersigned a voice mail message on April 8, 2021. In this message he advised he had relapsed a few days prior and tried to defeat his urine test.

2          **Special Condition #5** :You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Rogers is considered to be in violation of his conditions of supervised release by using a controlled substance, methamphetamine on April 5, 2021.

Mr. Rogers' conditions of supervised release were reviewed with him on January 21, 2021. He verbally acknowledged an understanding of his conditions, to include special condition number 5, as noted above. Mr. Rogers was referred to Merit Resource Services (Merit) on January 21, 2021, and placed on the random drug testing hotline. He was directed to call the hotline daily and to report to Merit's office when the color gold is called to provide a urine sample for testing.

As noted in violation number 1 above, Mr. Rogers had left a voice mail message to the undersigned on April 8, 2021, advising of a relapse and trying to defeat a urine test. Contact with Mr. Rogers was made by telephone on April 9, 2021. He was directed to report, in person, to the Richland probation office on April 14, 2021.

Mr. Rogers reported as directed on April 14, 2021. He signed a drug use admission form, admitting to the use of methamphetamine on April 5, 2021.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/27/2021

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

Prob12C
**Re: Rogers, Brandon Christopher**
**April 27, 2021**
**Page 3**

## THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[  ]    Other

_____
Signature of Judicial Officer

_____04/28/2021_____

Date