PROB 12C
(6/16)

Report Date: July 19, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 20, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brandon Christopher Rogers          Case Number: 0980 4:18CR06040-SMJ-1

Address of Offender:                        , West Richland, Washington 99353

Name of Sentencing Judicial Officer:  The Honorable Michael W. Mosman, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: December 17, 2012

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 66 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>10/15/2020 | Prison - 6 months<br>TSR - 30 months | |
| Asst. U.S. Attorney: | Richard Cassidy Burson | Date Supervision Commenced: January 19, 2021 |
| Defense Attorney: | Craig Donald Webster | Date Supervision Expires: July 18, 2023 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on April 27, 2021.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Rogers is considered to be in violation of his conditions of supervised release by being charged with second degree driving with a suspended license on three separate occasions: April 30, June 15, and July 18, 2021.<br><br>Mr. Rogers' conditions of supervised release were reviewed with him on January 21, 2021. Her verbally acknowledged an understanding of his conditions, to include mandatory condition number 1, as noted above.<br><br>On April 30, 2021, Mr. Rogers was contacted by the Pasco Police Department while driving a vehicle; he was cited and released for second degree driving while license suspended. The officer who contacted Mr. Rogers advised him his license was second degree suspended and he could no longer drive. This case is pending before the Pasco Municipal Court, case |

Prob12C
**Re: Rogers, Brandon Christopher**
**July 19, 2021**
**Page 2**

number 1A0430873. Mr. Rogers is scheduled to have a pretrial hearing on this case July 19, 2021.

On June 15, 2021, Mr. Rogers was contacted by the West Richland Police Department for speeding and passing another vehicle in a no-passing zone. Mr. Rogers admitted to the officer that he was not supposed to be driving. The offender was cited for second degree driving with a suspended license and released. This case number 1A0442442 is pending before Benton County District Court. A pretrial hearing is scheduled for July 28, 2021.

On July 18, 2021, the undersigned officer was contacted by Officer Ehr of the West Richland Police department. Officer Ehr advised he contacted Mr. Rogers for speeding and driving with a suspended license; Mr. Rogers was cited for the above-noted charges and released. No case number has been assigned and no court date has been scheduled at this time.

4    **Standard Condition #8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

**Supporting Evidence**: Mr. Rogers is considered to be in violation of his conditions of release by knowingly interacting and communicating with Casey Childers, a convicted felon, without permission of the probation officer, on and before July 15, 2021.

Mr. Rogers' conditions of supervised release were reviewed with him on January 21, 2021. Her verbally acknowledged an understanding of his conditions, to include standard condition number 8, as noted above.

Mr. Rogers was contacted by the undersigned at his residence on July 15, 2021. During this contact, Mr. Rogers indicated his girlfriend was currently at the residence and in the shower. A discussion was had about this person, whom Mr. Rogers identified as Casey Childers. He advised they met in substance abuse treatment group and reported she is a positive person for him to be around. Mr. Rogers advised Ms. Childers is on state supervision but she is doing well, and her Washington Department of Corrections supervising officer could be contacted to verify that Ms. Childers is doing well.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 19, 2021

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

Prob12C
Re: Rogers, Brandon Christopher
July 19, 2021
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

07/20/2021
Date