PROB 12C
(6/16)

Report Date: July 21, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 23, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Brandon Christopher Rogers | Case Number: 0980 4:18CR06040-SMJ-1 |
| Address of Offender: | Benton City, Washington 99320 |

Name of Sentencing Judicial Officer: The Honorable Michael W. Mosman, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: December 17, 2012

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 66 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>10/15/2020 | Prison- 6 months<br>TSR - 30 months | | |
| Asst. U.S. Attorney: | Richard Burson | Date Supervision Commenced: | January 19, 2021 |
| Defense Attorney: | Craig Webster | Date Supervision Expires: | July 18, 2023 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/27/2021 and 07/19/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Rogers is considered to be in violation of his conditions of supervised release by using a controlled substance, methamphetamine, on or about June 9, 2021.<br><br>Mr. Rogers' conditions of supervised release were reviewed with him on January 21, 2021. He verbally acknowledged an understanding of his conditions, to include special condition number 5, as noted above.<br><br>Mr. Rogers reported to Merit Resource Services (Merit) for an intake on June 9, 2021. During the intake process a urine test was submitted and sent to Cordant Laboratories for |

Prob12C
**Re: Rogers, Brandon Christopher**
**July 21, 2021**
**Page 2**

  testing. Cordant Laboratories reported on June 18, 2021, the urine test returned as positive for the presence of amphetamines at 105 ng/mL and methamphetamine at 1882 ng/mL. The undersigned became aware of this information on July 21, 2021, when reviewing Mr. Rogers' case for treatment compliance.

6  **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

  **Supporting Evidence**: Mr. Rogers is considered to be in violation of his conditions of supervised release by using a controlled substance, methamphetamine, on or about June 24, 2021.

  Mr. Rogers' conditions of supervised release were reviewed with him on January 21, 2021. He verbally acknowledged an understanding of his conditions, to include special condition number 5, as noted above.

  Mr. Rogers reported to Merit for a random drug test on June 24, 2021. The sample was sent to Abbot Laboratories for testing as it was presumptively positive for methamphetamine. The test returned as positive for methamphetamine from Abbot Laboratories on July 9, 2021. The undersigned became aware of this information on July 21, 2021, when reviewing Mr. Rogers' case for treatment compliance.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/21/2021

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

Prob12C
Re: Rogers, Brandon Christopher
July 21, 2021
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

07/23/2021
Date