PROB 12C
(6/16)

Report Date: September 8, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 08, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Brandon Christopher Rogers | Case Number: 0980 4:18CR06040-SMJ-1 |
| Address of Offender: | Benton City, Washington 99320 |

Name of Sentencing Judicial Officer:  The Honorable Michael W. Mosman, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: December 17, 2012

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 66 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>10/15/2020 | Prison - 6 months<br>TSR - 30 months | | |
| Asst. U.S. Attorney: | Richard Burson | Date Supervision Commenced: | January 19, 2021 |
| Defense Attorney: | Craig Webster | Date Supervision Expires: | July 18, 2023 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/27/2021, 07/19/2021 and 07/21/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Rogers is considered to be in violation of his conditions of supervised release by being charged with third degree driving with a suspended license on August 28, 2021.<br><br>Mr. Rogers' conditions of supervised release were reviewed with him on January 21, 2021. He verbally acknowledged an understanding of his conditions, to include mandatory condition number 1, as noted above.<br><br>On August 28, 2021, Mr. Rogers was contacted by the West Richland Police Department for speeding. Mr. Rogers was positively identified and found to be driving with a suspended license. This crime was charged on September 3, 2021, in Benton County District Court and is still pending. An arraignment is scheduled for September 24, 2021. |

Prob12C
Re: Rogers, Brandon Christopher
September 8, 2021
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/08/2021

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

09/08/2021
Date