PROB 12C
(6/16)

Report Date: September 23, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 24, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Brandon Christopher Rogers | Case Number: 0980 4:18CR06040-SMJ-1 |
| Address of Offender: | Benton City, Washington 99320 |

Name of Sentencing Judicial Officer:  The Honorable Michael W. Mosman, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: December 17, 2012

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 66 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: 10/15/2020: | Prison - 6 months<br>TSR - 30 months | | |
| Asst. U.S. Attorney: | Richard Burson | Date Supervision Commenced: | January 19, 2021 |
| Defense Attorney: | Craig Webster | Date Supervision Expires: | July 18, 2023 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/27/2021, 07/19/2021, 07/21/202, 09/08/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: Mr. Rogers is considered to be in violation of his conditions of supervised release by failing to report as instructed on Tuesday, September 21, 2021.<br><br>Mr. Rogers' conditions of supervised release were reviewed with him on January 21, 2021. He verbally acknowledged an understanding of his conditions, to include standard condition number 2, as noted above.<br><br>The undersigned officer met with Mr. Rogers at the U.S. Probation Office in Richland on September 9, 2021, after his revocation hearing was continued. During this meeting, Mr. Rogers was instructed to report by telephone every Tuesday until his next Court hearing scheduled for October 21, 2021. |

Prob12C
Re: Rogers, Brandon Christopher
September 23, 2021
Page 2

Mr. Rogers failed to contact the undersigned officer as instructed on September 21, 2021. No voice mail messages nor text messages were received from Mr. Rogers. The undersigned officer attempted to contact Mr. Rogers on September 23, 2021. The line rang twice and then a "busy" signal was received.

The undersigned officer contacted Mr. Rogers' step-mother on September 23, 2021. She reported having some contact with Mr. Rogers over the past week, but did state Mr. Rogers had lost his telephone. When questioned how they had contact, she advised Mr. Rogers had access to a WiFi telephone and could call out and received text messages from that number. As of the writing of this report, Mr. Rogers failed to report as instructed and his current whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/23/2021

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

09/24/2021
Date